**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

☐ Check if this is an amended filing

FILED
FRONT COUNTER
2022 APR 19 PM 1:14
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Jocelyn — First name<br>Morales — Middle name<br>Bruns — Last name<br>_____ Suffix (Sr., Jr., II, III) | _____ First name<br>_____ Middle name<br>_____ Last name<br>_____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____ First name<br>_____ Middle name<br>_____ Last name<br><br>_____ First name<br>_____ Middle name<br>_____ Last name | _____ First name<br>_____ Middle name<br>_____ Last name<br><br>_____ First name<br>_____ Middle name<br>_____ Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 5 9 1<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 1

Debtor 1  **Jocelyn Morales Bruns**
First Name / Middle Name / Last Name

Case number (if known) _____

### About Debtor 1:

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

### About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5. Where you live**

3758A Madison Lane
Number  Street

Falls Church     VA    22041
City            State  ZIP Code

Fairfax
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number  Street

_____
P.O. Box

_____
City            State  ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number  Street

_____
City            State  ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number  Street

_____
P.O. Box

_____
City            State  ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 2

| Debtor 1 | <u>Jocelyn  Morales  Bruns</u> | Case number (if known) _____ |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes.  District <u>Eastern VA</u>  When <u>03/02/2021</u>  Case number <u>21-10347-KHK</u>
MM / DD / YYYY

District <u>Eastern VA</u>  When <u>12/04/2019</u>  Case number <u>19-13952 - BFK</u>
MM / DD / YYYY

District <u>Eastern  VA</u>  When <u>05/22/2019</u>  Case number <u>19-11686-KHK</u>
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.  Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____
MM / DD / YYYY

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.  Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Jocelyn  Morales  Bruns** _____    Case number (*if known*)_____
       First Name   Middle Name   Last Name

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                          State     ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number     Street

_____

_____  _____  _____
City                          State     ZIP Code

Debtor 1 **Jocelyn Morales Bruns**
First Name  Middle Name  Last Name

Case number (*if known*)_____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a *briefing about credit counseling, you must file a* motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a *briefing about credit counseling, you must file a* motion for waiver of credit counseling with the court.

Debtor 1  __Jocelyn  Morales  Bruns__   Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

*Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?*

☒ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ Jocelyn M Bruns_                          X _____
Signature of Debtor 1                             Signature of Debtor 2

Executed on _04/19/2022_                          Executed on _____
           MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1 __Jocelyn   Morales   Bruns_____  Case number *(if known)*_____
           First Name     Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____   Date _____
Signature of Attorney for Debtor                  MM  /  DD  / YYYY

Printed name _____

Firm name _____

Number   Street _____

_____

City _____   State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Debtor 1  **Jocelyn Morales Bruns**                    Case number (if known)_____
         First Name   Middle Name   Last Name

| **For you if you are filing this bankruptcy without an attorney** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _*[signature]*_ X                                    _____
Signature of Debtor 1                                   Signature of Debtor 2

Date  04/19/2022                                        Date  _____
      MM / DD / YYYY                                          MM / DD / YYYY

Contact phone  (571) 429-2271                           Contact phone _____

Cell phone  _____                             Cell phone _____

Email address  jbruns5317@hotmail.com                   Email address _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re  Jocelyn M Bruns

Case No. _____

Chapter 13

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ✓  flash drive listing a total of 48 creditors; or

(b) ____  scannable hard copy, with Request for Waiver attached, consisting of ____ pages, listing a total of ____ creditors

_____
Debtor

_____
Joint Debtor

Date: 04/19/2022

*[Check if applicable]* ____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

Creditors:

American Collections Enterprise, Inc.
P.O Box 30096
Alexandria, VA 22310

American Coradius International LLC (Paypal, Inc.)
2420 Sweet Home Road Suite 150
Amherst, NY  14228

Andrews Federal Credit Union
P. O. Box 4000
Clinton, MD 20735-8000

Asset Acceptance LLC
P.O Box 1630
Warren, MI 48090

Associated Credit Services, Inc.
115 Flanders Road, Suite 140, P. O. Box 5171
Westborough, MA 01581

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Bank of America N.A.
450 American Street
Simi Valley, CA 93065

Brock & Scott PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

CBE (Department of Defense)
1309 Technology Parkway
Cedar Falls, IA 50613

Centralized Receivables Service (DOD Walter Reed National Military Medical)
P.O. Box 970014
St. Louis, MO 63197-0014

CTPM Property Management
P.O. Box 208
Stephenson, VA 22656

Columbia Associates in Psychiatry (Dominion Hospital)
2501 N Glebe Road, Suite 303
Arlington, VA  22207

Chief Administration Officer
12000 Government Center Parkway
Fairfax, VA 22030

Convergent Outsourcing (Trust Bank)
800 SW 39th Street Suite P.O. Box 9004
Renton, WA  98057

County of Fairfax, Tax Administration
P.O. Box 9156
Alexandria, VA 22304-0156

Credit First National Association
BK-16/Credit Operations
P.O. Box 81410
Cleveland, OH  44181-0410

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Doctor Rinearson and Perry
5653 Columbia Pike, Suite 101
Falls Church, VA 22041

Dominion Hospital
2960 Sleepy Hollow Road
Falls Church, VA 22044

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

First PREMIER Bank
3820 N Louise Ave
Sioux Falls, SD 57107

GM Financial
P.O. Box 181145
Arlington, TX 76096

Green Tree Servicing LLC
322 Minnesota Street, Suite 610
Saint Paul, MN 55101

Harris & Harris of Illinois LTD
111 West Jackson Boulevard, Suite 400
Chicago, IL 60604-4135

JNR Adjustment
P.O. Box 27070
Minneapolis, MN 55427

Edward King
3808 Archer Place
Kensington, MD 20895

Legum Law, PLC
4004 Williamsburg Court
Fairfax, Virginia 22032

Macys Department Stores Credit Card Services
P.O. Box 183083
Columbus, OH 43218

Master Credit Systems, Inc.
P.O. Box 670374
Marietta, GA 30066

Merrick Bank
Customer Service
P.O. Box 9201
Old Bethpage, NY 11804-9001

Mountain America Credit Union
P. O. Box 2331
Sandy, Utah 84091

Mortgage and Equity Funding Corporation
25 First Street SE, Suite 1
Leesburg, VA 20175

National Recovery Services
416 South Main Street, Suite 3
Ottawa, KS 66067

Nationwide Credit Corporation
P. O. Box 9156
5503 Cherokee Ave
Alexandria, VA 22312-2307

Navy Federal Credit Union
P. O. Box 3000
Merrifield, VA 22119-3000

NewRez, c/o PHH Mortgage Services/Ocwen
P. O. Box 5452
Mount Laurel, NJ 08054

Pentagon Credit Union
P.O. Box 1432
Alexandria, VA 22313

Richard Scheer Law Office
P.O. Box 367
320 Park Ave
Scotch Plains, NJ 07076

RJM Acquisitions LLC
575 Underhill Blvd, Suite 224
Syosset, NY 11791

RPM Receivables Performance Management
20816 44th Avenue West
Lynnwood, WA 98036

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX  76161-1245

Segan, Mason & Mason P.C.
7010 Little River Turnpike, Suite 270
Annandale, VA 22003

Shellpoint Mortgage Servicing
P.O. Box 19024
Greenville, SC 29602

UM Capital LLC
6701 Carmel Road Suite 110
Charlotte, NC 28226

Wells Fargo Bank
P.O. Box 29779 Attn: Legal Order Processing
Phoenix AZ 85038

Verizon Wireless (EOS CCA)
P. O. Box 981008
Boston, MA 02298